B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Middle District of Florida | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Tauber, John Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0627** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**613 N. Mayo Street<br>Crystal Beach, FL**<br>ZIPCODE **34681** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO Box 1196<br>Crystal Beach, FL**<br>ZIPCODE **34681-1196** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [✓] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| [ ] | [ ] | [ ] | [ ] | [✓] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Tauber, John Robert** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Timothy B. Perenich*      1/24/11<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Tauber, John Robert** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ John Robert Tauber*                       **John Robert Tauber** Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) **January 24, 2011** Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
| X  */s/ Timothy B. Perenich* Signature of Attorney for Debtor(s) **Timothy B. Perenich 0909490** **PERENICH The Law Firm** **25749 US Hwy 19 Ste 200** **Clearwater, FL  33763** **Timothy@Perenichlaw.com** **January 24, 2011** Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address _____ X _____ Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. _____ Date Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| **Tauber, John Robert**<br>PO Box 1196<br>Crystal Beach, FL  34681-1196 | **Bay Area Emergency Physicians**<br>PO Box 850001<br>Orlando, FL  32885-0001 | **Discover**<br>PO Box 71084<br>Charlotte, NC  28272-1084 |
| **PERENICH The Law Firm**<br>25749 US Hwy 19 Ste 200<br>Clearwater, FL  33763 | **Bradley Saxton, Esquire**<br>390 N Orange Ave<br>Orlando, FL  32801-1640 | **ER Solutions, Inc.**<br>PO Box 9004<br>Renton, WA  98057-9004 |
| **America's Servicing Company**<br>PO Box 10388<br>Des Moines, IA  50306-0388 | **Brighthouse Networks**<br>700 Carillon Pkwy<br>Saint Petersburg, FL  33716-1123 | **Ford Credit**<br>PO Box 542000<br>Omaha, NE  68154-8000 |
| **BAC Home Loan Servicing**<br>PO Box 650070<br>Dallas, TX  75265-0070 | **Capital One**<br>PO Box 71083<br>Charlotte, NC  28272-1083 | **GE Money Bank**<br>PO Box 981127<br>El Paso, TX  79998-1127 |
| **Bank Of America**<br>PO Box 660312<br>Dallas, TX  75266-0312 | **Citi Bank**<br>PO Box 183082<br>Columbus, OH  43218-3082 | **Global Credit Collection**<br>300 International Dr # 10015<br>Buffalo, NY  14221-5781 |
| **Bank Of America**<br>PO Box 15029<br>Wilmington, DE  19850-5029 | **Clearwater Pathology Associates**<br>PO Box 100561<br>Atlanta, GA  30384-0561 | **Home Depot**<br>PO Box 6028<br>The Lakes, NV  88901-6028 |
| **Bank Of America**<br>PO Box 538673<br>Atlanta, GA  30353-8673 | **Club Wyndham**<br>PO Box 98940<br>Las Vegas, NV  89193-8940 | **HSBC**<br>Department 7680<br>Carol Stream, IL  60116-0001 |
| **Bank Of America**<br>PO Box 851001<br>Dallas, TX  75285-1001 | **Credit Collection**<br>2 Wells Ave<br>Newton Center, MA  02459-3208 | **HSBC Retail Service**<br>PO Box 5244<br>Carol Stream, IL  60197-5244 |
| **Bank Of America**<br>PO Box 45144<br>Jacksonville, FL  32232-5144 | **Creditors Financial Group**<br>PO Box 440290<br>Aurora, CO  80044-1500 | **IndyMac Mortgage Services**<br>6900 Beatrice Dr<br>Kalamazoo, MI  49009-9559 |
| **Bank Of America**<br>PO Box 15026<br>Wilmington, DE  19850-5026 | **DCM**<br>4150 Olson Memorial Hwy Ste 200<br>Minneapolis, MN  55422-4811 | **James N. Casesa, P.A.**<br>3845 5th Ave N<br>Saint Petersburg, FL  33713-7548 |

LTD Financial Sercices
PO Box 630788
Houston, TX  77263-0788

Santander Consumer USA
Attn: Bankruptcy Department
PO Box 560284
Dallas, TX  75356-0284

Mease Countryside Hospital
Processing Center
PO Box 404792
Atlanta, GA  30384

Santander Consumer USA
PO Box 562088
Dallas, TX  75356-2088

Mease Pathology Associates, Inc.
PO Box 8660
Saint Louis, MO  63126-0660

SunStar
PO Box 31074
Tampa, FL  33631-3074

Moffitt Cancer Center
PO Box 198441
Atlanta, GA  30384-8441

Tarpon Springs City
PO Box 5004
Tarpon Springs, FL  34688-5004

Morton Plant Hospital
Processing Center
PO Box 404808
Atlanta, GA  30384-4808

US Bank
PO Box 790408
Saint Louis, MO  63179-0408

NCO Financial
507 Prudential Rd
Horsham, PA  19044-2308

Verizon Florida LLC
PO Box 920041
Dallas, TX  75392-0041

Paul W. Burke, Esquire
Drew Eckl & Farnham, LLP
PO Box 7600
Atlanta, GA  30357-0600

Wells Fargo Bank, N.A.
PO Box 536210
Atlanta, GA  30353-6210

Pediatric Anesthesia
1033 Dr. Mlk Jr St N
Saint Petersburg, FL  33701

Wells Fargo Bank, N.A.
PO Box 95225
Albuquerque, NM  87199-5225

Pinellas County Tax Collector
Attn: Robin Ferguson, CFCA, Tax Manager
PO Box 10834
Clearwater, FL  33757-8834

Rodney X Celestin, Esquire
2901 Stirling Rd
Fort Lauderdale, FL  33312-6525

**United States Bankruptcy Court**
**Middle District of Florida**

**IN RE:**                                                                                     Case No. _____

**Tauber, John Robert** _____                Chapter **13** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **January 24, 2011** _____    Signature: */s/ John Robert Tauber* _____
                                                            **John Robert Tauber**                                    Debtor

Date: _____    Signature: _____
                                                                                                                Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only