UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

JOHN ROBERT TAUBER,   CASE NUMBER:   8:11-bk-01080-CED

Debtor.
_____/

## CHAPTER 13 PLAN

1.   **MONTHLY PLAN PAYMENTS:**  Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date.  Debtor to pay to the Trustee for the period of 60 months.  If Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditor's pro-rata under this Chapter 13 Plan (this "Plan"):

**$2,780.86 for months 1 to 60**

to pay the following creditors:

2.   **ADMINISTRATIVE ATTORNEY FEE:**

| Total Fees | Fees Paid | Balance Due | Plan Monthly |
|---:|---:|---:|---:|
| 3,850.00 | 3,850.00 | 0.00 | 0.00 |

3.   **PRIORITY CLAIMS [As defined in 11 U.S.C. §507]:**

| Claimant | Claim Description | Estimated Claim |
|---|---|---|
| N/A | N/A | N/A |

**TRUSTEE FEES:**   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS:**

   **Pre-Confirmation Adequate Protection Payments:**   No later than thirty (30) days after the date of the filing of this Plan or the Order for Relief, whichever is earlier, Debtor shall make the following adequate protection payments to creditors pursuant to 11 U.S.C. §1326(a)(1)(C).  If Debtor makes such adequate protection payments

on allowed claims to the Trustee pending confirmation of this Plan, the creditor shall creditor shall have an administrative lien on such payment(s), subject to objection.

| Creditor | Collateral | Ad Pro |
|---|---|---|
| Bank of America, N.A. | 1108 Nebraska Avenue, Palm Harbor, F | 1,400.00 |

A. **Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through this Plan:** Debtor will pay, in addition to all other sums due under this Plan, all regular monthly post-petition mortgage payments to the Trustee as part of this Plan. These regular mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| Bank of America, N.A | N/A | 1108 Nebraska Avenue, P | 1,400.00 |

B. **Claims Secured by Real Property Which Debtor Intends to Retain / Arrearages Paid Through this Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of this Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Creditor | Security | Collateral | Est Arrears |
|---|---|---|---|
| Bank of America, N.A. | N/A | 1108 Nebraska Avenue, Palm | 22,400.00 |

C. **Claims Secured by Personal Property to Which 11 U.S.C. §506 Valuation is NOT Applicable:** Upon confirmation of this Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Bankruptcy Court. Payments distributed by the Trustee are subject to the availability of funds.

| Creditor | Collateral | Ad Pro | Sec Balance | Int Rate |
|---|---|---|---|---|
| Wells Fargo Bank, N.A. | 2004 Hurricane Deck Boat | N/A | 15,509.54 | N/A |
| Santander Consumer USA | 2005 Hummer H2 | 0.00 | 20,580.71 | 0.00% |
| Ford Motor Credit | 2006 Lincoln Town Car | 0.00 | unknown | 0.00% |
| GE Money Bank | 2007 Yamaha Wave Runner | 0.00 | 7,173.84 | 0.00% |
| HSBC | 2007 Yamaha Wave Runner | 0.00 | 5,963.76 | 0.00% |
| HSBC Retail Service | 2007 Suzuki VZR 1800 | 0.00 | 7,435.91 | 0.00% |
| Club Wyndham Las Vegas | Club Wyndham Las Vegas Tim | 0.00 | 0.00 | 0.00% |

D. **Claims Secured by Personal Property to Which 11 U.S.C. §506 Valuation is Applicable:**

| Creditor | Collateral | Ad Pro | Value | Int Rate |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

E. **Claims Secured by Personal Property: Regular Adequate Protection Payments and Any Arrearages Paid in Plan:**

| Creditor | Collateral | Ad Pro | Est Arrears |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

F. **Secured Claims/Lease Claims Paid Directly by Debtor:** The following secured claims/lease claims are to be paid directly to the creditor or lessor by Debtor outside this Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate state law contract rights. This Plan provides for the assumption of lease claims in the Lease/Executory Contract section below.

| Creditor | Property/Collateral |
|---|---|
| IndyMac Mortgage Services | 613 North Mayo Street, Crystal Beach, Pinellas Coun |
| Diane Nelson, CFC, Pinellas County Tax Collect | 613 North Mayo Street, Crystal Beach, Pinellas Coun |
| Diane Nelson, CFC, Pinellas County Tax Collect | 1108 Nebraska Avenue, Palm Harbor, Pinellas Coun |
| Wells Fargo Bank, N.A. | 2004 Hurricane Deck Boat |
| Santander Consumer USA | 2005 Hummer H2 |
| Ford Motor Credit | 2006 Lincoln Town Car |
| GE Money Bank | 2007 Yamaha Wave Runner |
| HSBC | 2007 Yamaha Wave Runner |
| HSBC Retail Service | 2007 Suzuki VZR 1800 |
| Club Wyndham | Club Wyndham Las Vegas Timeshare |

G. **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in this Plan. The automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. This Plan provides for the rejection of lease claims in the Lease/Executory Contract section below.

| Creditor | Property/Collateral |
|---|---|
| Bank of America, N.A. | 417 Pineapple Street, Tarpon Springs, Pinellas Coun |
| US Bank, N.A. | 417 Pineapple Street, Tarpon Springs, Pinellas Coun |

| | |
|---|---|
| Diane Nelson, CFC, Pinellas County Tax Collect | 417 Pineapple Street, Tarpon Springs, Pinellas Coun |
| American Servicing Company | 419 Pineapple Street, Tarpon Springs, Pinellas Coun |
| Diane Nelson, CFC, Pinellas County Tax Collect | 419 Pineapple Street, Tarpon Springs, Pinellas Coun |

### LIENS TO BE AVOIDED/STRIPPED:

| Creditor | Collateral | Est Amount |
|---|---|---|
| BAC Home Loan Servicing | 613 North Mayo Street, Crystal Beach, Pinel | 200,000.00 |

### LEASES/EXECUTORY CONTRACTS:

| Creditor | Property | Intent | Est Arrears |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above creditors or otherwise shall be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $43,766.40.

**ADDITIONAL PROVISIONS:**

1. Whether or not dealt with under this Plan, secured creditors will retain the the liens securing such claims until such claims are satisfied.

2. Payments made to any creditor will be based upon the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific order of the Bankruptcy Court.

3. Property of the estate shall not vest in Debtor until the earlier of the entry of discharge or dismissal of this case, unless the Bankruptcy Court orders otherwise.

4. The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall make payment only to creditors with a filed and allowed proof of claim. An allowed proof of claim shall be controlling, unless the Bankruptcy Court orders otherwise.

5. Case specific provisions:    None

## CHAPTER 13 PLAN SUMMARY

| Creditor | Plan Amount |
|---|---:|
| Attorney for Debtor | 0.00 |
| Priority Creditors | 0.00 |
| Adequate Protection | 84,000.00 |
| Secured Arrears | 22,400.00 |
| Non-Priority Unsecured Creditors | 43,766.40 |
| SUBTOTAL | 150,166.40 |
| Trustee Fee at 10% | 16,685.16 |
| Total | $166,851.56 |

| Monthly | Months | Total |
|---:|---:|---:|
| 2,780.86 | 60 | 166,851.56 |
| Total | 60 | $166,851.56 |

JOHN ROBERT TAUBER

Dated: February 7, 2011

Timothy B. Perenich, Esquire
Florida Bar Number: 0909490
**PERENICH The Law Firm**
25749 US Highway 19 N Ste 200
Clearwater, FL 33763-2010
(727) 669-2828 telephone
(727) 669-2220 facsimile
Timothy@PerenichLaw.com
Attorney for Debtor